# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER ANDRES RIVAS, | CASE NO. 1:10-cv-02302-OWW-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT |
| v. | (Doc. 9) |
| M. ADONIS, et al., | |
| Defendants. | |

        Plaintiff Elmer Andres Rivas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 10, 2010.  On January 5, 2011, Plaintiff filed a motion seeking leave to amend and an amended complaint.

        At this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court and his amended complaint was filed upon receipt.  Fed. R. Civ. P. 15(a)(1).  Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot, and his amended complaint will be screened in due course.  28 U.S.C. § 1915A.

IT IS SO ORDERED.

**Dated:    April 15, 2011**                        _____/s/ Sheila K. Oberto_____
                                                        UNITED STATES MAGISTRATE JUDGE

1