# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER ANDRES RIVAS,<br><br>        Plaintiff,<br><br>   v.<br><br>M. ADONIS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-02302-OWW-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE BY THE U.S. MARSHAL AS UNNECESSARY AND PREMATURE<br><br>(Doc. 11) |

     Plaintiff Elmer Andres Rivas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 10, 2010. On January 5, 2011, Plaintiff filed a motion requesting that the Court order the United States Marshal to serve the summons and complaint on his behalf.

     Plaintiff is proceeding in forma pauperis in this case and he is entitled to rely on the United States Marshal to serve process on his behalf, making it unnecessary for him to file a motion seeking service by the Marshal. 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). However, to the extent that Plaintiff is seeking immediate service, his request is premature. The Court will direct the U.S. Marshal to initiate service of process only after it screens Plaintiff's complaint and determines that it states viable claims for relief, and due to the large number of cases pending before the Court, Plaintiff's complaint has not yet been screened. 28 U.S.C. § 1915A.

///
///
///

1  Accordingly, Plaintiff's motion is HEREBY DENIED on the grounds that it is unnecessary
2  in part and premature in part.

5  IT IS SO ORDERED.

6  **Dated:   April 15, 2011**                                /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE