# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER ANDRES RIVAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. ADONES,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. 1:10-cv-02302-AWI-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND DIRECTING CLERK'S OFFICE TO CORRECT THE SPELLING OF DEFENDANT'S NAME FROM ADONIS TO ADONES<br><br>(Doc. 23) |

　　Plaintiff Elmer Andres Rivas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 10, 2010. This action is proceeding against Defendant M. Adones for violation of Plaintiff's rights under the Eighth Amendment of the United States Constitution. Defendant Adones waived service and filed an answer to Plaintiff's second amended complaint on May 28, 2013.

　　On December 26, 2012, Plaintiff filed a motion seeking leave to amend to change the spelling of Adonis in his second amended complaint to Adones. Fed. R. Civ. P. 15(a)(2). Plaintiff also identified Defendant's first name as Marychel. In as much as Defendant Adones has appeared in the action, it is unnecessary for Plaintiff to file a third amended complaint to correct the spelling of Defendant's name. However, the Court will direct the Clerk's Office to change the spelling of Defendant's name in the docket.

///

///

Accordingly, Plaintiff's motion for leave to file a third amended complaint, filed on December 26, 2012, is DENIED, and the Clerk of the Court is DIRECTED to change the docket to reflect the correct spelling of Defendant's last name, which is Adones.

IT IS SO ORDERED.

**Dated:    June 13, 2013**                             /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE